IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


N.B., A CHILD,

   Appellant,

 v.             Case No.  5D22-1418
                LT Case No. 2021-CJ-000726

STATE OF FLORIDA,

   Appellee.

_____/

Opinion filed March 31, 2023

Appeal from the Circuit Court
for Marion County,
Stacy M. Youmans, Judge.

Michael Ufferman, of Michael
Ufferman Law Firm, P.A.,
Tallahassee, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

Appellant, N.B., a child, appeals the sentence imposed below to the extent that it imposes costs in the amount of $304 without citing to any statutory authority. Appellant filed a motion to correct the error in the disposition order pursuant to Florida Rule of Juvenile Procedure 8.135(b)(2) on September 27, 2022; however, the motion was not ruled on within the allotted time frame and is thus deemed denied. The State has commendably agreed that the matter should be remanded for a citation to the statutory authority for the costs sought to be imposed.

In accordance with *V.D. v. State*, 922 So. 2d 1037, 1038 (Fla. 5th DCA 2006), the trial court is required to provide a citation to the statutory basis for each cost imposed. *See also Bradshaw v. State*, 638 So. 2d 1024 (Fla. 1st DCA 1994). Accordingly, we strike the costs from the disposition order and remand for entry of an amended disposition order that contains a statutory citation as to each cost imposed by the court.

REMANDED.

LAMBERT, C.J., EDWARDS and MAKAR, JJ., concur.